UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NATALIE BARNETT,

    Plaintiff,

v.

    CASE NO.: 8:19-cv-00420-VMC-CPT

NAVIENT SOLUTIONS, LLC,

    Defendant.

## NOTICE OF PENDING SETTLEMENT

Plaintiff, NATALIE BARNETT, by and through her undersigned counsel, hereby submits this Notice of Settlement and states that Plaintiff, NATALIE BARNETT, and Defendant, NAVIENT SOLUTIONS, LLC, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

    */s/Amanda J. Allen, Esq.*
    **Amanda J. Allen, Esq**.
    Florida Bar No.: 98228
    THE CONSUMER PROTECTION FIRM, PLLC
    4030 Henderson Blvd.
    Tampa, FL 33629
    Telephone: (813) 500-1500
    Facsimile: (813) 435-2369
    Amanda@TheConsumerProtectionFirm.com
    Shenia@TheConsumerProtectionFirm.com
    ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on October 18, 2019, the foregoing was served using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

*/s/Amanda J. Allen, Esq.*
**Amanda J. Allen, Esq.**
Florida Bar No.: 98228
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
Amanda@TheConsumerProtectionFirm.com
Shenia@TheConsumerProtectionFirm.com
***Attorney for Plaintiff***