**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

NATALIE BARNETT,

    Plaintiff,

v.                                              CASE NO.   8:19-cv-00420-VMC-COT

NAVIENT SOLUTIONS, LLC,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Natalie Barnett, and the Defendant, Navient Solutions, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

By:

| | |
|---|---|
| */s/ Amanda J. Allen, Esq.* | */s/ Linda M. Reck, Esq.* |
| Amanda J. Allen, Esquire | Linda M. Reck, Esquire |
| Florida Bar No. 98228 | Florida Bar No. 669474 |
| William Peerce Howard, Esq. | Geenberg Traurig, LLP |
| Florida Bar No. 0103330 | 450 South Orange Avenue, Suite 650 |
| The Consumer Protection Firm, PLLC | Orlando, FL 32801 |
| 4030 Henderson Blvd. | Tele: (407) 420-1000 |
| Tampa, FL 33629 | Reckl@gtlaw.com |
| Tele: (813) 500-1500 | |
| Fax: (813) 435-2369 | *Attorneys for Defendant* |
| Amanda@TheConsumerProtectionFirm.com | |
| Billy@TheConsumerProtectionFirm.com | |

   *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on December 11, 2019, a copy of the foregoing document was served on all counsel of record via CM/ECF.

                                                  *s/Amanda J. Allen, Esq.*
                                                  **Amanda J. Allen, Esquire**
                                                  Florida Bar No. 98228
                                                  Amanda@TheConsumerProtectionFirm.com
                                                  Shenia@TheConsumerProtectionFirm.com
                                                  THE CONSUMER PROTECTION FIRM, PLLC
                                                  4030 Henderson Blvd.
                                                  Tampa, FL 33629
                                                  Tele: (813) 500-1500
                                                  Fax: (813) 435-2369
                                                  ***Attorney for Plaintiff***